**CT Corporation**

**Service of Process Transmittal**
08/26/2021
CT Log Number 540148342

TO: Scott Hampton
F21 Opco, LLC
3880 N MISSION RD RM 3110
LOS ANGELES, CA 90031-3138

RE: **Process Served in Louisiana**

FOR: Forever 21 Retail, Inc. (Domestic State: CA)
*According to our records representation services for this entity have been discontinued in this jurisdiction.*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KAREN BROWN, PLTF. vs. FOREVER 21 RETAIL INC, ETC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, DFTS. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified Case # 820460 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/26/2021 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/26/2021, Expected Purge Date: 08/31/2021 |
| | Image SOP |
| | Email Notification, Scott Hampton scott.hampton@forever21.com |
| | Email Notification, Laura Holguin laura.holguin@forever21.com |
| | Email Notification, Alex Santana alex.s@forever21.com |
| | Email Notification, Lori Tranquilla lori.t@forever21.com |
| | Email Notification, Timothy Tyler timothy.t@forever21.com |
| | Email Notification, Laura Holguin laura.holguin@forever21.com |
| | Email Notification, James Kim james.kim@forever21.com |
| | Email Notification, Heidi Ha heidi@forever21.com |
| | Email Notification, Jerry Noh jerry.noh@forever21.com |

Page 1 of 2 / NK


EXHIBIT
A
tabbies

 CT Corporation

**Service of Process Transmittal**
08/26/2021
CT Log Number 540148342

TO:     Scott Hampton
        F21 Opco, LLC
        3880 N MISSION RD RM 3110
        LOS ANGELES, CA 90031-3138

RE:     **Process Served in Louisiana**

FOR:    Forever 21 Retail, Inc.  (Domestic State: CA)
        *According to our records representation services for this entity have been discontinued in this jurisdiction.*

Email Notification,  Kate Chun  kate@forever21.com

REGISTERED AGENT ADDRESS:     C T Corporation System
                              3867 Plaza Tower Dr.
                              Baton Rouge, LA 70816
                              877-564-7529
                              MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

(101) CITATION: PETITION FOR DAMAGES;                    210818-7108-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

Case: 820-460    Div: "K"
P 1 KAREN BROWN

To: FOREVER 21 RETAIL INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

#11961 $78.72 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    210818-7108-5

Received:_____  Served:_____  Returned:_____

Service was made:
____ Personal          ____ Domiciliary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by: _____  # _____
                    Deputy Sheriff
Parish of: _____

FILED FOR RECORD 08/17/2021 10:45:42
Randi H. Rizzo, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO.:   820460

DIVISION "K" 

KAREN BROWN

VERSUS

FOREVER 21 RETAIL, INC D/B/A FOREVER 21 and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____            _____

DEPUTY CLERK

PETITION FOR DAMAGES

The Petition of **KAREN BROWN**, person of the full age of majority and resident of the

Parish of Jefferson, State of Louisiana, with respect represent:

**I.**

Named Defendants herein for a reasonable amount of damages are:

A.     First named Defendant is **FOREVER 21 RETAIL, INC D/B/A FOREVER 21**

**[Hereinafter referred to as Forever 21]**, who upon information and belief is a

foreign corporation authorized to do and doing business in the Parish of Jefferson,

State of Louisiana, on September 5, 2020;

B.     Second named Defendant is, **NATIONAL UNION FIRE INSURANCE**

**COMPANY OF PITTSBURGH, PA [Hereinafter referred to as National**

**Union Fire]**, who upon information and belief is a foreign insurance company

authorized to do and doing business in the Parish of Jefferson, State of Louisiana,

who at all times mentioned herein issued a policy or policies of liability insurance

to Defendant, Forever 21, for the damages complained of herein, the exact terms

of which are plead herein as if copied <u>in extenso</u>;

**II.**

All of the aforementioned defendants are jointly, severally and in solido liable unto petitioner for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

**III.**

On or about September 5, 2020, at approximately 6:00 p.m., petitioner, Karen Brown, was shopping at Forever 21 in the Lakeside Mall located at 3301 Veterans Memorial Blvd, Metairie, Louisiana 70002 in the Parish of Jefferson, State of Louisiana. Petitioner was in the back area of the store shopping when suddenly she slipped and fell on an uneven floor tile in said area where the tile was, that was not marked.

**IV.**

The aforementioned Defendant, Forever 21, is liable for its own negligence under Article 2315 of the Louisiana Civil Code and things in his custody and control under Article 2317 of the Louisiana Civil Code.

**V.**

Further, Defendant, National Union Fire, issued a policy or policies of liability insurance to Defendant, Forever 21, which was in full force and effect at the time of the aforementioned slip and fall and is therefore liable under the terms of said policy for the injuries suffered by Petitioner, which policy, upon information and belief is insufficient to compensate Petitioner for the damages sustained in the collision made the basis of this lawsuit.

**VI.**

Defendant, Forever 21, is liable unto Petitioner for its own negligence, which negligence includes but is not limited to the following:

a)      Failure to identify the hazardous condition of the premises at issue (the exposed broken tile);

b)   Failure to maintain the premises in a safe manner;

c)   Allowing the defective/hazardous condition to exist;

d)   Failure to warn the guests/visitors and/or the general public and in particular this Petitioner of the dangerous condition of the premises;

e)   Failure to routinely and carefully inspect the business premises for use by invitees and business patrons;

f)   Failure to take the necessary precautions to avoid incidents as the one made the basis of this litigation; and

g)   Taking no corrective actions to alleviate the dangerous situation; and

h)   Any and all other acts or omissions constituting negligence or strict liability to be proven and shown at the trial of this matter.

## VII.

As a result of the aforementioned incident, Petitioner, Karen Brown, suffered injuries which include, but are not limited to her right knee.

## VIII.

Petitioner, Karen Brown, is entitled to an amount in damages reasonably calculated to compensate her for injuries she sustained which include, but not limited to:

a.   Past, present and future mental pain, suffering and anguish;

b.   Past, present and future physical pain and suffering and loss of function;

c.   Past, present and future medical expenses;

d.   Loss of enjoyment of life;

e.   Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

## IX.

Petitioner avers amicable demand to no avail.

**WHEREFORE**, Petitioner, **KAREN BROWN**, prays that her Petition be filed and that Defendants, **FOREVER 21 RETAIL, INC. D/B/A FOREVER 21** and **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, be duly cited and served with a

copy of same, to appear and answer same and after all legal delays and due proceedings are had

that there be judgment herein in favor of Petitioner, **KAREN BROWN**, and against Defendants,

**FOREVER 21 RETAIL, INC. D/B/A FOREVER 21** and **NATIONAL UNION FIRE**

**INSURANCE COIMPANY OF PITTSBURGH, PA**, jointly severally and in solido in an

amount reasonably calculated to compensate Petitioner for her damages, together with legal

interest thereon, from date of judicial demand until paid and for all costs of the proceedings and

all general and equitable relief this Honorable Court deems necessary.

Respectfully submitted,

**WOLFE, BEGOUN & PICK, L.L.C.**

BY:

MICHAEL J. BEGOUN (LSB #02905)
MARK R WOLFE (LSB #13633)
NANCY S. SILBERT (LSB #01597)
T. DANIEL PICK (LSB #21021)
2200 Tulane Avenue, Suite 200
New Orleans, Louisiana 70119
Telephone: (504) 569-9500
Facsimile: (504) 569-9005
**Attorneys for Petitioner, Karen Brown**

**PLEASE SERVE:**

**FOREVER 21 RETAIL, INC.**
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
Agent: Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

(101) CITATION: PETITION FOR DAMAGES;        210818-7108-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

Case: 820-460    Div: "K"
P 1 KAREN BROWN

To: FOREVER 21 RETAIL INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

#11961 $78.72 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;        210818-7108-5

Received:_____ Served:_____ Returned:_____

Service was made:
_____ Personal       _____ Domiciliary _____

Unable to serve:
_____ Not at this address    _____ Numerous attempts _____ times
_____ Vacant             _____ Received too late to serve
_____ Moved            _____ No longer works at this address
_____ No such address     _____ Need apartment / building number
_____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
            Deputy Sheriff
Parish of: _____

Imaged 08/18/2021 03:51 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

(101) CITATION: PETITION FOR DAMAGES;                    210818-7109-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

Case: 820-460    Div: "K"
P 1 KAREN BROWN

To: NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
THROUGH AGENT
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

#11959 $50.00 S/S
#11961 $78.72 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

*/s/ Donna G. Muscarello*
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    210818-7109-3

Received:_____ Served:_____ Returned:_____

Service was made:
____ Personal              ____ Domiciliary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 08/18/2021 03:51 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

[SERVICE COPY] [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;                    210818-7108-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
        versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

Case: 820-460    Div: "K"
P 1 KAREN BROWN

To:  FOREVER 21 RETAIL INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM                    #11961 $78.72 SEBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

                        /s/ Donna G. Muscarello
                        Donna G. Muscarello, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES;                    210818-7108-5

Received:_____    Served:_____    Returned:_____

Service was made:
        ____ Personal        ____ Domiciliary _____

Unable to serve:
        ____ Not at this address    ____ Numerous attempts _____ times
        ____ Vacant                 ____ Received too late to serve
        ____ Moved                  ____ No longer works at this address
        ____ No such address        ____ Need apartment / building number
        ____ Other _____

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____    #_____
                    Deputy Sheriff
Parish of: _____

Imaged 08/18/2021 03:51 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

[SERVICE COPY]   [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;                           210818-7109-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
    versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL          Case: 820-460   Div: "K"
UNION FIRE INSURANCE COMPANY OF PITTSBURGH           P 1 KAREN BROWN
PA

To: NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
THROUGH AGENT                                        #11959 $50.00 S/S
LOUISIANA SECRETARY OF STATE                         #11961 $78.72 SEBR
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

                              /s/ Donna G. Muscarello
                              Donna G. Muscarello, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                           210818-7109-3

Received:_____   Served:_____   Returned:_____

Service was made:
        ___ Personal              ___ Domiciliary _____

Unable to serve:
        ___ Not at this address   ___ Numerous attempts _____ times
        ___ Vacant                ___ Received too late to serve
        ___ Moved                 ___ No longer works at this address
        ___ No such address       ___ Need apartment / building number
        ___ Other

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                    Deputy Sheriff
Parish of:_____

Imaged 08/18/2021 03:51 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

Suit Caption:

Karen Brown        vs. Forever 21 and National Union
                                                    Fire

Court: 24th JDC                    Docket Number: 820 400

Parish of Filing: Jefferson        Filing Date: _____

Name of Lead Petitioner's Attorney: Michael J. Begoun  02905

Name of Self-Represented Litigant: _____

Number of named petitioners: 1        Number of named defendants: 2

Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):

__Auto: Personal Injury
__Auto: Wrongful Death
__Asbestos: Property Damage
__Product Liability
__Intentional Bodily Injury
__Intentional Wrongful Death
__Business Tort
__Defamation
__Environmental Tort
__Intellectual Property
__Legal Malpractice
__Other Professional Malpractice
__Maritime
__Wrongful Death
__General Negligence

__Auto: Property Damage
__Auto: Uninsured Motorist
__Asbestos: Personal Injury/Death
✓ Premise Liability
__Intentional Property Damage
__Unfair Business Practice
__Fraud
__Professional Negligence
__Medical Malpractice
__Toxic Tort
__Other Tort (describe below)
__Redhibition
__Class action (nature of case)

FILED FOR RECORD
2021 AUG 24 PH 2:06
DEPUTY CLERK
PARISH OF JEFFERSON LA

Please briefly describe the nature of the litigation in one sentence of additional detail:
Slip and Fall at Forever 21

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name Michael J. Begoun        Signature Michael J Begoun

Address 2800 Tulane Ave Ste 900 NOLA LA 70119

Phone number: 504-569-9600        E-mail address: mbegoun@wbplaw.com

SERVICE COPY    RETURN COPY

(101) CITATION: PETITION FOR DAMAGES;                    210818-7108-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

FILED FOR RECORD 09/21/2021 12:01:37
Deborah A. Bolette DY CLERK
JEFFERSON PARISH LA

KAREN BROWN
versus                                          Case: 820-460    Div: "K"
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL     P 1 KAREN BROWN
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

To: FOREVER 21 RETAIL INC
THROUGH ITS REGISTERED AGENT:
CT CORPORATION SYSTEM                           #11961 $78.72 SEBR
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

                          /s/ Donna G. Muscarello
                          Donna G. Muscarello, Deputy Clerk of Court for
                          Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    210818-7108-5

Received:_____  Served:_____  Returned:_____

Service was made:
____Personal              ____Domiciliary _____

Unable to serve:
____Not at this address   ____Numerous attempts ____times
____Vacant                ____Received too late to serve
____Moved                 ____No longer works at this address
____No such address       ____Need apartment / building number
____Other

Service: $_____  Mileage: $_____  Total: $_____  $_____

Completed by:_____        #_____
                 Deputy Sheriff

Parish of:_____

I made service on the named party through the
CT Corporation
AUG 26 2021
by tendering a copy of this document to
Ashley Minnie
E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



RECEIVED
AUG 2 5 2021
E.B.R. Sheriff Office



# CSC

## Notice of Service of Process

null / ALL<br>
Transmittal Number: 23722375<br>
Date Processed: 09/03/2021

| | |
|---|---|
| Primary Contact: | Eric Manne<br>AIG Property Casualty<br>1271 Avenue of the Americas<br>Fl 37<br>New York, NY 10020-1303 |

| | |
|---|---|
| Entity: | National Union Fire Insurance Company of Pittsburgh, Pa.<br>Entity ID Number  0085137 |
| Entity Served: | National Union Fire Insurance Company Of Pittsburgh Pa |
| Title of Action: | Karen Brown vs. Forever 21 Retail Inc. |
| Matter Name/ID: | Karen Brown vs. Forever 21 Retail Inc. (11536072) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | Jefferson Parish District Court, LA |
| Case/Reference No: | 820460 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 09/01/2021 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Michael J. Begoun<br>504-569-9500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

# State of Louisiana
# Secretary of State

08/27/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA  70802-5921

Suit No.: 820460
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

KAREN BROWN
vs
FOREVER 21 RETAIL INC, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN                    Date: 08/26/2021
Served by:  E CUMMINS                        Title:  DEPUTY SHERIFF

No: 1209649

TG

(101) CITATION: PETITION FOR DAMAGES;                            210818-7109-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KAREN BROWN
    versus
FOREVER 21 RETAIL INC, FOREVER 21, NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH
PA

Case: 820-460   Div: "K"
P 1 KAREN BROWN

SERVED ON
R. KYLE ARDOIN

AUG 2 6 2021

SECRETARY OF STATE
COMMERCIAL DIVISION

To: NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA
THROUGH AGENT
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

#11959 $50.00 S/S
#11961 $78.72 SEBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney MICHAEL J. BEGOUN and was issued by the Clerk of
Court on the 18th day of August, 2021.

        /s/ Donna G. Muscarello
        Donna G. Muscarello, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court

---

## SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES;                            210818-7109-3

Received:_____ Served:_____ Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant            ___ Received too late to serve
    ___ Moved            ___ No longer works at this address
    ___ No such address   ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____ # _____
                Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

FILED FOR RECORD 08/17/2021 10:45:43
Randi H. Frisco, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO.:    8 2 0 4 6 0.                    DIVISION "    "

KAREN BROWN

VERSUS

FOREVER 21 RETAIL, INC D/B/A FOREVER 21 and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

FILED: _____          _____

                                                       DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of **KAREN BROWN**, person of the full age of majority and resident of the
Parish of Jefferson, State of Louisiana, with respect represent:

**I.**

Named Defendants herein for a reasonable amount of damages are:

A.    First named Defendant is **FOREVER 21 RETAIL, INC D/B/A FOREVER 21**
      **[**Hereinafter referred to as Forever 21], who upon information and belief is a
      foreign corporation authorized to do and doing business in the Parish of Jefferson,
      State of Louisiana, on September 5, 2020;

B.    Second named Defendant is, **NATIONAL UNION FIRE INSURANCE**
      **COMPANY OF PITTSBURGH, PA [**Hereinafter referred to as National
      **Union Fire]**, who upon information and belief is a foreign insurance company
      authorized to do and doing business in the Parish of Jefferson, State of Louisiana,
      who at all times mentioned herein issued a policy or policies of liability insurance
      to Defendant, Forever 21, for the damages complained of herein, the exact terms
      of which are plead herein as if copied in extenso;

**II.**

All of the aforementioned defendants are jointly, severally and in solido liable unto petitioner for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

**III.**

On or about September 5, 2020, at approximately 6:00 p.m., petitioner, Karen Brown, was shopping at Forever 21 in the Lakeside Mall located at 3301 Veterans Memorial Blvd, Metairie, Louisiana 70002 in the Parish of Jefferson, State of Louisiana. Petitioner was in the back area of the store shopping when suddenly she slipped and fell on an uneven floor tile in said area where the tile was, that was not marked.

**IV.**

The aforementioned Defendant, Forever 21, is liable for its own negligence under Article 2315 of the Louisiana Civil Code and things in his custody and control under Article 2317 of the Louisiana Civil Code.

**V.**

Further, Defendant, National Union Fire, issued a policy or policies of liability insurance to Defendant, Forever 21, which was in full force and effect at the time of the aforementioned slip and fall and is therefore liable under the terms of said policy for the injuries suffered by Petitioner, which policy, upon information and belief is insufficient to compensate Petitioner for the damages sustained in the collision made the basis of this lawsuit.

**VI.**

Defendant, Forever 21, is liable unto Petitioner for its own negligence, which negligence includes but is not limited to the following:

a)    Failure to identify the hazardous condition of the premises at issue (the exposed broken tile);

b)   Failure to maintain the premises in a safe manner;

c)   Allowing the defective/hazardous condition to exist;

d)   Failure to warn the guests/visitors and/or the general public and in particular this Petitioner of the dangerous condition of the premises;

e)   Failure to routinely and carefully inspect the business premises for use by invitees and business patrons;

f)   Failure to take the necessary precautions to avoid incidents as the one made the basis of this litigation; and

g)   Taking no corrective actions to alleviate the dangerous situation; and

h)   Any and all other acts or omissions constituting negligence or strict liability to be proven and shown at the trial of this matter.

### VII.

As a result of the aforementioned incident, Petitioner, Karen Brown, suffered injuries which include, but are not limited to her right knee.

### VIII.

Petitioner, Karen Brown, is entitled to an amount in damages reasonably calculated to compensate her for injuries she sustained which include, but not limited to:

a.   Past, present and future mental pain, suffering and anguish;

b.   Past, present and future physical pain and suffering and loss of function;

c.   Past, present and future medical expenses;

d.   Loss of enjoyment of life;

e.   Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

### IX.

Petitioner avers amicable demand to no avail.

WHEREFORE, Petitioner, KAREN BROWN, prays that her Petition be filed and that Defendants, FOREVER 21 RETAIL, INC. D/B/A FOREVER 21 and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, be duly cited and served with a

copy of same, to appear and answer same and after all legal delays and due proceedings are had

that there be judgment herein in favor of Petitioner, **KAREN BROWN**, and against Defendants,

**FOREVER 21 RETAIL, INC. D/B/A FOREVER 21** and **NATIONAL UNION FIRE**

**INSURANCE COMPANY OF PITTSBURGH, PA**, jointly severally and in solido in an

amount reasonably calculated to compensate Petitioner for her damages, together with legal

interest thereon, from date of judicial demand until paid and for all costs of the proceedings and

all general and equitable relief this Honorable Court deems necessary.

Respectfully submitted,

**WOLFE, BEGOUN & PICK, L.L.C.**

BY:

MICHAEL J. BEGOUN (LSB #02905)
MARK R WOLFE (LSB #13633)
NANCY S. SILBERT (LSB #01597)
T. DANIEL PICK #21021)
2200 Tulane Avenue, Suite 200
New Orleans, Louisiana 70119
Telephone: (504) 569-9500
Facsimile: (504) 569-9005
**Attorneys for Petitioner, Karen Brown**

**PLEASE SERVE:**

**FOREVER 21 RETAIL, INC.**
Through its registered agent
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
Agent: Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON



SS104 (R. 06/18)

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

STATE OF LOUISIANA

7021 0350 0001 5776 3388

FIRST CLASS

7080285921 0001

U.S. POSTAGE PITNEY BOWES

ZIP 70802  $ 004.31°
02 4W
0000367689 AUG 27 2021